IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                         No. 10-cr-2734 JCH/SMV
                                                    17-cv-0286 JCH

**CASSLYN MAE WELCH,**

    Defendant.

### ORDER ADOPTING MAGISTRATE JUDGE'S
### PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition ("PF&RD"), filed November 6, 2017. [Doc. 1755].[1] On reference by the undersigned, the Honorable Stephan M. Vidmar, United States Magistrate Judge, recommended denying Defendant Casslyn Mae Welch's Amended Motion to Vacate, Set Aside, or Correct Sentence [Doc. 1752]. No party has filed objections to the PF&RD, and the time for doing so has passed.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 1755] are **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant Casslyn Mae Welch's Amended Motion to Vacate, Set Aside, or Correct Sentence [Doc. 1752] is **DENIED**. Case number 17-cv-0286 JCH is **DISMISSED with prejudice**.

---

[1] Citations to document numbers refer to the docket in the criminal case, case number 10-cr-2734 JCH/SMV.

**IT IS SO ORDERED**.

_____
**JUDITH C. HERRERA**
**United States District Judge**